**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:17-CR-2-TLS |
| | ) | |
| RACHEL CRAWFORD | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States

Magistrate Judge [ECF No. 10], filed on January 31, 2017. The Defendant has waived objection

to the Findings and Recommendation, and the Court, being duly advised, adopts the Findings

and Recommendation [ECF No. 10] in its entirety and accepts the recommended disposition.

Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal

Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count

One (1) of the Information is hereby accepted, and the Defendant is adjudged guilty of such

offense.

The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate

order.

SO ORDERED on February 17, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT